# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KAREN COMEAUX AS INDEPENDENT
ADMINISTRATRIX OF THE
SUCCESSION OF GLORIA NED, ET
AL

NO.   2023 CW 0844

VERSUS

DONALD R. PLAIN, JR.

**SEPTEMBER 4, 2023**

---

In Re:   Donald Ray Plain, Jr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 719,717.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**STAY DENIED. WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT